# United States District Court
## District of Kansas

**UNITED STATES OF AMERICA,**
　　　　　**Plaintiff,**

vs.

　　　　　　　　　　　　　　　No. **20-** 40073-HLT

**CODY LANE BUSH,**
　　　　　**Defendant.**

## SEALED INDICTMENT

The Grand Jury charges:

### COUNT 1

**18 U.S.C. § 922(g)(1)**
**(Possession of Ammunition by a Convicted Felon)**

On or about August 29, 2020, in the District of Kansas, the defendant,

**CODY LANE BUSH,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely,

> on or about August 8, 2019, the defendant, **CODY LANE BUSH,** was convicted of possess opiate, opium, narcotic drug or stimulant (methamphetamine), in violation of K.S.A. 65-4107 and 21-5706(a)(c)(1), in the District Court

of Shawnee County, Kansas, Case No. 17CR1877, a felony offense, did knowingly possess in and affecting commerce ammunition, namely,

> one (1) box containing twenty (20) rounds of .380 caliber ammunition all bearing a headstamp with "SIG" on top and "380 AUTO" on the bottom,

which had been shipped and transported in interstate and foreign commerce; and, the defendant possessed the aforementioned ammunition knowing that his prior crime of conviction was punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby alleged again and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant,

**CODY LANE BUSH,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any ammunition used in

the commission of the offense, including but not limited to the following:

> one (1) box containing twenty (20) rounds of .380 caliber ammunition all bearing a headstamp with "SIG" on top and "380 AUTO" on the bottom,

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

| | |
|---|---|
| October 14, 2020 | s/ *Foreperson* |
| DATE | FOREMAN OF THE GRAND JURY |

s/*Gregory G. Hough*, #12860
Assistant U.S. Attorney
for Stephen R. McAllister
United States Attorney
District of Kansas
444 S.E. Quincy
Topeka, KS.   66683

[It is requested that trial be held in Topeka, Kansas]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
      Plaintiff,

  vs.          No.  _____

CODY LANE BUSH,
      Defendant.

---

## **PENALTY PAGE**

**Count 1**:   18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Not more than 10 years imprisonment, not more than 3 years supervised release in addition to any term of imprisonment ordered by the court, $250,000 fine, a mandatory assessment of $100.00 immediately to the crime victims fund, and forfeiture of firearms/ammunition named in Indictment.


Gregory G. Hough, #12860
Assistant United States Attorney